Fannie M. HARRIS, Plaintiff–
Appellant,

v.

WABASH MAGNETICS,
INCORPORATED, Defendant–Appellee.

No. 02–1916.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Fannie M. Harris, Appellant Pro Se. William David Paxton, M. Beth Colling, Gentry Locke Rakes & Moore, Roanoke, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Fannie M. Harris appeals the district court's order denying relief on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Wabash Magnetics, Inc.,* No. CA–01–22–4 (W.D.Va. July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*